Frances Cirignani, Plaintiff-Appellee, v. Abernathy Cab Company, an Illinois Corporation, a/k/a Alert Cab Company, Defendant-Appellant, Burke E. Bradner, Defendant-Appellee.

Gen. No. 47,534.

First District, Second Division.
December 23, 1958.
Released for publication January 14, 1959.

Tischer and Narusis, for defendant-appellant; Patrick J. Muldowney, for Burke E. Bradner, co-defendant-appellee; Frank Perz, for Frances Cirignani, plaintiff-appellee. Opinion by JUSTICE KILEY. Not to be published in full.